NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1559

CREATIVE INTERNET ADVERTISING CORPORATION,

Plaintiff-Appellee,

v.

YAHOO! INC.,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0354, Magistrate Judge John D. Love.

ON MOTION

## O R D E R

Yahoo! Inc. moves without opposition to dismiss this appeal.[*]

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion is granted.

(2)     Each side shall bear its own costs.

FOR THE COURT

MAR 03 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:   Anthony G. Simon, Esq.
Charles K. Verhoeven, Esq.
s17

ISSUED AS A MANDATE:  MAR 03 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 03 2010

JAN HORBALY
CLERK

[*]     Yahoo! requests that this dismissal be without prejudice; however, it is not the practice of this court to dismiss with or without prejudice.